UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| DANA YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-cv-00446-MJR-SCW |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, DANA YOUNG ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs the Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED:  January 13, 2015          RESPECTFULLY SUBMITTED,

                    By:  /s/ Michael S. Agruss SBN: 6281600
                         Michael S. Agruss
                         Agruss Law Firm, LLC
                         4619 N. Ravenswood Ave. Suite 303A
                         Chicago, IL 60640
                         Tel: 312-224-4695
                         Fax: 312-253-4451
                         michael@agrusslawfirm.com
                         Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On January 13, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to defense counsel, Divya S. Gupta, at dsg@severson.com, Anna-Katrina Christakis, at kchristakis@pilgrimchristakis.com and Candice Voticky, at cvoticky@pilgrimchristakis.com.

By: /s/Michael S. Agruss
Michael S. Agruss