## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## BENTON DIVISION

| | |
|---|---|
| DANA YOUNG, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-cv-00446-MJR-SCW |
| ) | |
| CREDIT ACCEPTANCE CORPORATION ) | |
| ) | |
|     Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, DANA YOUNG ("Plaintiff"), through her attorney, AGRUSS LAW FIRM, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CREDIT ACCEPTANCE CORPORATION.

RESPECTFULLY SUBMITTED,

February 12, 2015        By: /s/ Michael S. Agruss
                                          Michael S. Agruss (IL SBN: 6281600)
                                          Agruss Law Firm, LLC
                                          4619 N. Ravenswood Ave.
                                          Suite 303A
                                          Chicago, IL 60640
                                          Tel: 312-224-4695
                                          Fax: 312-253-4451
                                          michael@agrusslawfirm.com
                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

   On February 12, 2014, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense counsel, Divya S. Gutpa, at dsg@severson.com.

           By: /s/Michael S. Agruss_____
             Michael S. Agruss