United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| DANA YOUNG, ) | |
| ) | |
| Plaintiff, ) | Case Number: 14-cv-00446-MJR-SCW |
| ) | |
| v. ) | |
| ) | |
| CREDIT ACCEPTANCE CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated January 13, 2015 and Plaintiff's Notice of Voluntary Dismissal dated February 12, 2015 this action is DISMISSED with prejudice. Each party shall bear his/her/its own costs, unless otherwise provided in the settlement documents..

Dated: February 13, 2015

JUSTINE FLANAGAN, Acting  Clerk of Court
s/ Debbie DeRousse
Deputy Clerk

Approved: s/ Michael J. Reagan
Michael J. Reagan, U.S. District Judge